# EXHIBIT "B"



Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Daniel M. Maunz
Associate
dmaunz@lbcclaw.com

March 13, 2009

Weatherstone Mortgage Corp.
255 Executive Drive, Suite 202
Plainview, New York 11803

Attn: Legal Department

  Re: *Mauro v. Countrywide Home Loans, Inc., et al.*
     Our File No.:  566 93798

Dear Sir/Madam:

  As you are aware, your company was previously served with a subpoena by our office with respect to the above-referenced litigation. Please contact me upon your receipt of this letter to discuss scheduling Weatherstone's deposition for a mutually convenient time. Thank you.

               Very truly yours,

               L'ABBATE, BALKAN, COLAVITA
               & CONTINI, L.L.P.

               DANIEL M. MAUNZ

DMM/ig

R:\CPWin\History\090312_0001\107E8.53