# EXHIBIT "C"



# Weatherstone Mortgage Corp.

*" Financial shelter from any storm "* ©

255 Executive Drive, Suite 409, Plainview, NY 11803

July 24, 2009

L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
Attn: Scott E. Kossove & Daniel M. Maunz

Honorable Magistrate William D. Wall
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4449

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUL 29 2009

LONG ISLAND OFFICE

Re: *Mauro, Maria v. Countrywide Home Loans, Inc., et al.*
Case No. : 07 cv 1268 (JFB) (WDW)
LBC&C File No. : 566-937-98

To Whom It May Concern:

I am writing in reference to a letter I received from the Scott E. Kossove on July 21, 2009 in regards to the above referenced case.

I am very displeased that I have received this letter, as on February 23, 2009 I received a phone call from L'Abbate, Balkan, Colavita and Contini's office canceling said appearance for a deposition. In my error I did not take the name of the person to whom I was speaking to however, I did make it clear that I was available anytime in the future to come in and put forth my deposition.

The only letter I have received from LBC&C was on January 29, 2009. I would not have not rescheduled had I received an additional letter.

Please contact me in my office at (516) 349.8181 extension 309 if you would like to schedule a meeting for this deposition.

Thank you in advance for your cooperation.

Regards,

*[signature]*

Nicholas P. Ceccarini
President
Weatherstone Mortgage Corp.