# EXHIBIT "D"



Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

# FAX TRANSMISSION

| | | | |
|---|---|---|---|
| **TO:** | Nicholas P. Ceccarini, President<br>Weatherstone Mortgage Corp.<br>(516) 349-1980 | **FROM:** | Daniel M. Maunz, Esq. |
| | | **DATED:** | August 5, 2009 |
| | | **PAGES:** | 3, including cover sheet |

Re:  *Mauro, Maria v. Countywide Home Loans, Inc., et al.*
Case No.            : 07 cv 1268 (JFB)(WDW)
LBC&C File No.  : 566-93798

**(IF COPY IS ILLEGIBLE OR INCOMPLETE, PLEASE CALL
(516) 294-8844 EXT. 6377 IMMEDIATELY FOR RETRANSMISSION)**

**CONFIDENTIALITY NOTICE:**

The information contained in this facsimile message is confidential and/or attorney privilege. This facsimile is intended to be reviewed initially by only the individual or entity named above. If the reader of this TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this facsimile communication or the information contained herein is prohibited. If you have received this facsimile communication in error, please notify the sender by telephone and return this facsimile communication to the sender at the above address. THANK YOU.

**LB&C**

Attorneys at Law
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Daniel M. Maunz
Associate
dmaunz@lbcclaw.com

August 5, 2009

**VIA FACSIMILE ((516) 349-1980)**

Nicholas P. Ceccarini, President
Weatherstone Mortgage Corp.
255 Executive Drive, Suite 409
Plainview, New York 11803

    Re:   *Mauro v. Countrywide Home Loans, Inc., et al.*
           Our File No.:  566 93798

Dear Mr. Ceccarini:

    I write as a follow-up to our telephone conversation this morning regarding the non-party subpoena that was previously served upon Weatherstone by our office relating to this litigation. Be advised that pursuant to our subpoena, we seek the last known address/telephone number for Frank DeRosa, Melissa Horen and Keith Krol (who we believe each used to work for Weatherstone). We also request a copy of Weatherstone's entire file relating to loans issued to Maria Mauro by Countrywide Home Loans, Inc., which closed on May 30, 2006, relating to real property located at 213 Fulton Street, Westbury, New York and/or 168 Grant Street, Westbury, New York.

    We also seek to depose a representative of Weatherstone with knowledge of these files (and if no such individual currently works at Weatherstone, then an individual with knowledge as to Weatherstone's general business practices). We are available to conduct this deposition on August 10, 11 or 12 at our office. Please let us know which of these days Weatherstone is available so that we can attempt to schedule the deposition for a mutually convenient time (subject to the availability of the other parties to this litigation).

    Please note that depending on the contents of Weatherstone's file, there may be no need to proceed with Weatherstone's deposition. Accordingly, please provide us with a copy of your file, as well as the last known contact information for the three individuals identified above, by August 7, 2009. If, after reviewing that information, we do not feel it is necessary to proceed with Weatherstone's deposition, we will confirm that with you.

If you have any questions, please do not hesitate to contact me.  Thank you.

                                    Very truly yours,

                                    L'ABBATE, BALKAN, COLAVITA
                                    & CONTINI, L.L.P.

                                    DANIEL M. MAUNZ

DMM/ig

R:\CPWin\History\090729_0001\107E8.7E



```
                                                                        P. 1
            *  *  *  COMMUNICATION RESULT REPORT ( AUG. 5.2009 10:07AM ) *  *  *

                                                            FAX HEADER:  LBC&C LLP

TRANSMITTED/STORED : AUG. 5. 2009 10:06AM
FILE MODE           OPTION          ADDRESS                    RESULT          PAGE
-----------------------------------------------------------------------------------
030  MEMORY TX                      3491980                    OK              3/3



REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```



Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

# FAX TRANSMISSION

| | | | |
|---|---|---|---|
| TO: | Nicholas P. Ceccarini, President<br>Weatherstone Mortgage Corp.<br>(516) 349-1980 | FROM: | Daniel M. Maunz, Esq. |
| | | DATED: | August 5, 2009 |
| | | PAGES: | 3, including cover sheet |

Re:  *Mauro, Maria v. Countywide Home Loans, Inc., et al.*
     Case No.         : 07 cv 1268 (JFB)(WDW)
     LBC&C File No.   : 566-93798

(IF COPY IS ILLEGIBLE OR INCOMPLETE, PLEASE CALL
(516) 294-8844 EXT. 6377 IMMEDIATELY FOR RETRANSMISSION)

**CONFIDENTIALITY NOTICE:**

The information contained in this facsimile message is confidential and/or attorney privilege. This facsimile is intended to be reviewed initially by only the individual or entity named above. If the reader of this TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this facsimile communication or the information contained herein is prohibited. If you have received this facsimile communication in error, please notify the sender by telephone and return this facsimile communication to the sender at the above address. THANK YOU.