# EXHIBIT "E"




# Weatherstone Mortgage Corp.

*"Financial Shelter from any storm"*
255 Executive Drive, Suite 202, Plainview, NY 11803 (516) 349-8181 Fax (516) 349-1980

August 28, 2009

*Mauro, Maria v. Countrywide Home Loans, Inc., etal.*
Case No.         : 07 cv 1268 (JFB)(WDW)
LBC&C File No.   : 566-93798

To: Daniel M. Maunz

The last known telephone numbers you requested are as followed. Frank DeRosa (516) 523-6855. Melissa Horen (516) 458-5880. Keith Krol (631) 513-3640. If you need any other information please send request to above address.

Nicholas P. Ceccarini
President
Weatherstone Mortgage Corp.
516-349-8181

Registered Mortgage Broker, NYS Banking Dept.