# EXHIBIT "F"



Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T.516.294.8844  F.516.294.8202
www.lbcclaw.com

# FAX TRANSMISSION

**TO:** Nicholas P. Ceccarini, President
Weatherstone Mortgage Corp.
(516) 349-1980

**FROM:** Daniel M. Maunz, Esq.

**DATED:** September 3, 2009

**PAGES:** 2, including cover sheet

Re: *Mauro, Maria v. Countywide Home Loans, Inc., et al.*
    Case No.            : 07 cv 1268 (JFB)(WDW)
    LBC&C File No.   : 566-93798

(IF COPY IS ILLEGIBLE OR INCOMPLETE, PLEASE CALL
**(516) 294-8844 EXT. 6377 IMMEDIATELY FOR RETRANSMISSION)**

**COMMENTS:**

**CONFIDENTIALITY NOTICE:**

The information contained in this facsimile message is confidential and/or attorney privilege. This facsimile is intended to be reviewed initially by only the individual or entity named above. If the reader of this TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this facsimile communication or the information contained herein is prohibited. If you have received this facsimile communication in error, please notify the sender by telephone and return this facsimile communication to the sender at the above address. THANK YOU.



Attorneys at Law
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

Daniel M. Maunz
Associate
dmaunz@lbcclaw.com

September 3, 2009

**VIA FACSIMILE ((516) 349-1980)**

Nicholas P. Ceccarini, President
Weatherstone Mortgage Corp.
255 Executive Drive, Suite 409
Plainview, New York 11803

  Re: *Mauro v. Countrywide Home Loans, Inc., et al.*
    Our File No.: 566 93798

Dear Mr. Ceccarini:

  We are in receipt of your letter dated August 28, 2009, which provided the last known telephone numbers for Frank DeRosa, Melissa Horen and Keith Krol. We remind you that our subpoena also requested the last known <u>addresses</u> for these individuals. Moreover, the primary purpose and demand in our subpoena was a copy of Weatherstone's entire file relating to loans issued to Maria Mauro by Countrywide Home Loans, Inc., which closed on May 30, 2006, in connection with real property located at 213 Fulton Street, Westbury, New York and/or 168 Grant Street, Westbury, New York. Yet, Weatherstone continues to further refuse to comply with and/or ignore those document requests.

  Accordingly, you must immediately supplement your response to include these additional information/documents. We also remind you that depending on the contents of that production, we may also have to depose a representative of Weatherstone. Please provide us with a list of available dates and times for Weatherstone to be deposed within the next several weeks, in the event we have to proceed with that non-party deposition. If we do not receive this requested information/documents by September 10, 2009, we will have no other option but to renew our application to the Court to hold Weatherstone in civil contempt.

  Please do not hesitate to contact me if you have any questions. Thank you.

                Very truly yours,

                L'ABBATE, BALKAN, COLAVITA
                & CONTINI, L.L.P.

                DANIEL M. MAUNZ

DMM/ig
R:\CPWin\History\090901_0001\107E8.84

```
TRANSMITTED/STORED : SEP. 3. 2009  2:09PM
FILE MODE            OPTION              ADDRESS                    RESULT        PAGE
-------------------------------------------------------------------------------
411  MEMORY TX                           3491980                    OK            2/2


REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```



**Attorneys at Law**
**L'Abbate, Balkan, Colavita & Contini, L.L.P.**
1001 Franklin Avenue, Garden City, New York 11530
T. 516.294.8844  F. 516.294.8202
www.lbcclaw.com

# FAX TRANSMISSION

| | | | |
|---|---|---|---|
| **TO:** | Nicholas P. Ceccarini, President<br>Weatherstone Mortgage Corp.<br>(516) 349-1980 | **FROM:** | Daniel M. Maunz, Esq. |
| | | **DATED:** | September 3, 2009 |
| | | **PAGES:** | 2, including cover sheet |

Re:  *Mauro, Maria v. Countywide Home Loans, Inc., et al.*
Case No.          : 07 cv 1268 (JFB)(WDW)
LBC&C File No.   : 566-93798

(IF COPY IS ILLEGIBLE OR INCOMPLETE, PLEASE CALL
(516) 294-8844 EXT. 6377 IMMEDIATELY FOR RETRANSMISSION)

**COMMENTS:**

**CONFIDENTIALITY NOTICE:**
The information contained in this facsimile message is confidential and/or attorney privilege. This facsimile is intended to be reviewed initially by only the individual or entity named above. If the reader of this TRANSMITTAL PAGE is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this facsimile communication or the information contained herein is prohibited. If you have received this facsimile communication in error, please notify the sender by telephone and return this facsimile communication to the sender at the above address. THANK YOU.