ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

STEVEN S. RAND
(212) 826-5307
srand@zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

June 7, 2010

**BY ELECTRONIC CASE FILING**

Honorable Judge Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Mauro v. Countrywide Home Loans, Inc., et al.,
Case No. 07 CV 1268 (JFB)(WDW)**

Dear Judge Bianco:

      We are counsel for defendant Countrywide Home Loans, Inc. in the referenced matter. Due to a scheduling conflict, I am required to attend a hearing in a separate action on the same date as the scheduled date for oral argument in the referenced matter - June 25th at 2 p.m. We therefore respectfully request that the oral argument in the Mauro action be adjourned to June 30th at the same time and place as originally scheduled, or at such later date as the court may desire appropriate. Counsel for plaintiff and the co-defendant Victoria Kaplan each consent to the requested adjournment.

      Counsel for plaintiff advises us that a companion case - Iannuzzi is also scheduled for oral argument before your Honor on June 25th at 1 pm and should also be adjourned to June 30th at the same time and place. All counsel in this action consent to the adjournment of the Iannuzzi case, as well.

      We thank the court for its attention to this request.

Respectfully submitted,

Steven S. Rand

SSR:mzg

cc:    Kenneth J. Pagliughi, Esq. (by email and first class mail)
        Scott E. Kossove, Esq. (by email and first class mail)
        Peter J. Tomao, Esq. (by email and first class mail)